# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Estate of Melonee Duval, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, *et al.*, <br><br> Defendants. | NO. CV-20-01206-PHX-JJT (MHB) <br><br> ORDER |

This matter having come before the Court on the parties' Stipulated Extension of Time for the United States to Respond to Plaintiffs' Second Amended Complaint from April 13, 2021 until April 21, 2021 (First Request) (Doc. 64), and good cause shown,

IT IS ORDERED granting the Stipulation (Doc. 64),

IT IS FURTHER ORDERED that the United States' time to file a responsive pleading to Plaintiffs' Second Amended Complaint is extended to on or before April 21, 2021.

IT IS FURTHER ORDERED that counsel for Defendant United States of America file a Notice of Appearance within seven (7) days.

Dated this 9th day of April, 2021.

Honorable Michelle H. Burns
United States Magistrate Judge