IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Issac Navarrette, *et al.*, | No. CV-20-01206-PHX-JJT (MHB) |
| Plaintiffs, | **ORDER** |
| v. | |
| Paul Penzone, *et al.*, | |
| Defendants. | |

Plaintiffs, who are represented by counsel, brought this action pursuant to 42 U.S.C. § 1983; *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971); the Federal Tort Claims Act (FTCA); and Arizona state law. Before the Court are Defendants' Motions to Dismiss certain portions of the Second Amended Complaint. (Docs. 57, 58.) On May 7, 2021, the Court granted the parties' Stipulation (Doc. 72) which, in relevant part, provides that Plaintiff may file a Third Amended Complaint no earlier than June 10, 2021. (Doc. 73.) In light of the parties' Stipulation, and in anticipation of Plaintiff's imminent Third Amended Complaint, the Court will deny the Motions to Dismiss as moot with leave to re-file after Plaintiff files his Third Amended Complaint. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) (amended pleading supersedes the original pleading).[1] Accordingly,

. . .

. . .

---

[1] Defendants have preserved all objections, responses and affirmative defenses, including all rights to file Rule 12(b) motions. (*See* Doc. 72 at 1.)

1   **IT IS ORDERED** that the reference to the Magistrate Judge is withdrawn as to
2   Defendants' Motions to Dismiss (Docs. 57, 58), and the Motions are **denied as moot** with
3   leave to re-file after Plaintiff files his Third Amended Complaint.

Dated this 19th day of May, 2021.

Honorable John J. Tuchi
United States District Judge