PHILLIP A. TALBERT
Acting United States Attorney
Eastern District of California
KELLI L. TAYLOR
Special Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515
California Bar No. 186100
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2741
Facsimile:  (916) 554-2900
Email:  Kelli.L.Taylor@usdoj.gov

Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Estate of Melonee Duval, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, *et al.*, <br><br> Defendants. | CASE NO. 2:20-CV-01206 JJT (MHB) <br><br> NOTICE OF RECUSAL OF DISTRICT OF ARIZONA |

**THIS IS FORMAL NOTICE** that Bradley Weinsheimer, Associate Deputy Attorney General (ADAG) has approved the recusal of the entire United States Attorney's Office for the District of Arizona from the case *Estate of Melonee Duval, et al. v. United States, et al.*, and all related matters to the civil case. The ADAG authorized this recusal in accordance with Justice Manual 3-1.140 based upon existing conflicts of interest or the appearance of conflicts of interest pertaining to the matter.

The Deputy Attorney General, who is authorized to appoint Special Attorneys pursuant to 28 U.S.C. § 515 and 28 C.F.R. § 0.15, has delegated that authority to ADAG Weinsheimer. ADAG Weinsheimer has assigned this matter to the United States Attorney's Office for the Eastern District of California and, pursuant to 28 U.S.C. § 515(a), has directed and authorized Acting United States Attorney Phillip Talbert, or his successor, to conduct any kind of legal

1  proceeding, civil or criminal, including grand jury proceedings and proceedings before
2  magistrate judges, which the United States Attorney for the District of Arizona is authorized by
3  law to conduct regarding this matter.

DATED: June 29, 2021

PHILLIP A. TALBERT
Acting United States Attorney
Eastern District of California

By:     */s/ Kelli L. Taylor*
KELLI L. TAYLOR
Special Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515

*Estate of Duval v. United States*
D. Az. No. 2:20-cv-01206 JJT (MHB)

# CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable John J. Tuchi
United States District Judge
Sandra Day O'Connor U.S. Courthouse, Suite 525
401 West Washington Street, SPC 83
Phoenix, AZ 85003

Honorable Michelle H. Burns
United States Magistrate Judge
Sandra Day O'Connor U.S. Courthouse, Suite 323
401 West Washington Street, SPC 12
Phoenix, AZ 85003

Scott A. Ambrose
J. Tyrell Taber
BURG SIMPSON ELDREDGE HERSH & JARDINE
2390 E. Camelback Road, Suite 403
Phoenix, AZ 85012
sambrose@burgsimpson.com
ttaber@burgsimpson.com
azcourt@burgsimpson.com
*Attorneys for Plaintiff Estate and Beneficiaries*

Shiloh K. Hoggard
LAW OFFICE OF SHILOH K. HOGGARD, PLLC
850 Cove Parkway, Suite C
Cottonwood, AZ 86326
shiloh@hoggard-law.com
*Attorney for Plaintiff Billie Giordano*

Ann Thompson Uglietta
Jonathan C. Simon
Maricopa County Attorney's Office
225 West Madison Street
Phoenix, Arizona 85003
uglietta@mcao.maricopa.gov
simonj@mcao.maricopa.gov
*Attorneys for Defendants Maricopa County and Sheriff Penzone*

Daniel P. Struck
Nicholas D. Acedo
Ashlee B. Hesman
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
dstruck@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
*Attorneys for Defendant Sean Mendoza*

/s/ Kimberly Siegfried
KIMBERLY SIEGFRIED

CERTIFICATE OF SERVICE       2