1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

The Estate of Melonee Duval, et al.,

        Plaintiffs,

v.

Paul Penzone, et al.,

        Defendants.

No. CV-20-01206-PHX-JJT (MHB)

**ORDER**

        The Court having reviewed the parties Stipulated Dismissal of Certain Claims Against Defendant Mendoza (Doc. 89),

        IT IS ORDERED granting the Stipulation (Doc. 89),

        IT IS FURTHER ORDERED that Defendant Mendoza is dismissed from Count One.

        Dated this 8th day of July, 2021.

Honorable Michelle H. Burns
United States Magistrate Judge